1  Milord A. Keshishian, SBN 197835
   milord@milordlaw.com
2  Laila Babaeian, SBN 307444
   laila@milordlaw.com
3  MILORD & ASSOCIATES, P.C.
   10517 West Pico Boulevard
4  Los Angeles, California 90064
   Tel: (310) 226-7878
5  Fax: (310) 226-7879

6  Attorneys for Plaintiff
7  L.A. GEM & JEWELRY DESIGN, INC.

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  L.A. GEM & JEWELRY DESIGN,      ) Case No.:
13  INC., a California Corporation, )
                                    ) **COMPLAINT FOR:**
14                                  )
           Plaintiff,              )
15                                  ) **1. COPYRIGHT INFRINGEMENT;**
16         vs.                     )
                                    ) **2. CONTRIBUTORY AND/OR**
17  ROCK YOUR CAUSE JEWELRY         )    **VICARIOUS COPYRIGHT**
18  LLC, a Texas Limited Liability  )    **INFRINGEMENT**
    Company; TRACY M. JORDAN, an    )
19  individual; PINKEPROMISE, LLC, a ) **JURY TRIAL DEMANDED**
20  Pennsylvania Limited Liability  )
    Company, dba PINK E PROMISE;    )
21  BLAIR GREINER, an individual;   )
22  ASHI JEWELERS LLC, a Texas      )
23  Limited Liability Company;      )
    VANDNA S. BHIKADIA, an          )
24  individual; and DOES 1-10;      )
25                                  )
26         Defendants.             )
                                    )
27                                  )
                                    )
28                                  )
                                    )



MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-1-
**COMPLAINT – Jury Demand**

Plaintiff L.A. Gem & Jewelry Design, Inc. ("LA Gem") by and through its undersigned attorney, sues Defendants Rock Your Cause Jewelry LLC, Tracy M. Jordan, pinkEpromise, LLC, dba pink E promise, Blair Greiner, Ashi Jewelers LLC, Vandna S. Bhikadia, and Does 1-10 and alleges:

## JURISDICTION AND VENUE

1.      This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. § 101, *et seq.*), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b), (c), and 1400(a) because Defendants conduct business in this District by advertising in and shipping goods to this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## THE PARTIES

3.      Plaintiff LA Gem is a California corporation having a place of business at 659 S. Broadway, Los Angeles, California 90014.  LA Gem also provides services and goods under its LA Rocks service mark and trademark.

4.      Upon information and belief, Defendant Rock Your Cause Jewelry LLC ("Rock Your Cause Jewelry"), is a Texas Limited Liability Company with its principal place of business located at 1205 Old Bridge Court, McKinney, Texas 75070-72389, and Rock Your Cause Jewelry does business in and with the State of California and, in particular, within this District.

5.      Upon information and belief, Defendant Tracy M. Jordan ("Jordan") is and at all times herein mentioned was an individual residing in the state of Texas, a principal and/or owner of Defendant Rock Your Cause Jewelry, and does business in and with the State of California and, in particular, within this District.  Plaintiff is further informed and believes, and upon that basis alleges, that Jordan is a principal, guiding spirit, and/or

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

1    central figure in Defendant Rock Your Cause Jewelry and has control over the day to day

2    operations thereof, and directly benefits from the tortious conduct alleged herein.

3         6.      Upon information and belief, Defendant pinkEpromise, LLC, dba pink E

4    promise ("pinkEpromise"), is a Philadelphia Limited Liability Company with its

5    principal place of business located at 318 South Norwood Avenue, Newtown,

6    Pennsylvania 18940-2141, and pinkEpromise does business in and with the State of

7    California and, in particular, within this District.

8         7.      Upon information and belief, Defendant Blair Greiner ("Greiner") is and at

9    all times herein mentioned was an individual residing in the state of Pennsylvania, a

10   principal and/or owner of pinkEpromise, and does business in and with the State of

11   California and, in particular, within this District.  Plaintiff is further informed and

12   believes, and upon that basis alleges, that Greiner is a principal, guiding spirit, and/or

13   central figure in pinkEpromise and has control over the day to day operations thereof, and

14   directly benefits from the tortious conduct alleged herein.

15        8.      Upon information and belief, Defendant Ashi Jewelers LLC ("Ashi

16   Jewelers"), is a Texas Limited Liability Company with its principal place of business

17   located at 800 Hunters Glen, Murphy, Texas 75094-4375, and Ashi Jewelers does

18   business in and with the State of California and, in particular, within this District.

19        9.      Upon information and belief, Defendant Vandna S. Bhikadia ("Bhikadia") is

20   and at all times herein mentioned was an individual residing in the state of Texas, a

21   principal and/or owner of Defendant Ashi Jewelers, and does business in and with the

22   State of California and, in particular, within this District.  Plaintiff is further informed and

23   believes, and upon that basis alleges, that Bhikadia is a principal, guiding spirit, and/or

24   central figure in Defendant Ashi Jewelers and has control over the day to day operations

25   thereof, and directly benefits from the tortious conduct alleged herein.

26   ///

27   ///

28   ///

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1

## FACTS COMMON TO ALL COUNTS

2    10.    LA Gem is a designer and creator of jewelry whose jewelry pieces are sold

3 by numerous national retailers.

4    11.    LA Gem is the designer and creator of the original artwork (as hereinafter

5 described), all prior to Defendants' conduct complained of herein.

6    12.    Upon information and belief, Defendants Jordan, Rock Your Cause Jewelry,

7 Greiner, pinkEpromise, Bhikadia and/or Ashi Jewelers, are retailers, manufacturers,

8 and/or distributors of jewelry to the jewelry industry, and are in the business of

9 manufacturing, marketing, and selling jewelry products that are available for purchase

10 and use across the United States, including in this District.

11

12    ## COMMON ALLEGATIONS RELATED TO

13    ## MOON PENDANT

14    13.    In 2011, LA Gem created its original design entitled LA Rocks I Love You

15 to the Moon and Back: 440811 ("Moon Pendant"), as pictured below:



16

17

18

19

20    14.    Thereafter, LA Gem sought to register the copyright in the Moon Pendant

21 with the United States Copyright Office, and was granted such registration on November

22 21, 2013, under Registration No. VA 1-912-320.

23    15.    At all relevant times, LA Gem complied in all respects with the Copyright

24 Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to the

25 Moon Pendant.  The Moon Pendant is an original work copyrightable under the

26 Copyright Act, and has been registered in full compliance with the Copyright Act.

27    16.    Since the creation of the Moon Pendant, LA Gem has been and still is the

28 sole proprietor of all rights, title, and interest in and to the copyright therein and

-4-
**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

1  Certificates of Registration corresponding therewith.

2      17.    Since its creation, the Moon Pendant has been manufactured and/or

3  distributed by LA Gem or under its authority.

4      18.    LA Gem has not authorized Defendants to copy, reproduce, manufacture,

5  duplicate, disseminate, or distribute the Moon Pendant or any jewelry products

6  substantially similar thereto.

7      19.    Upon information and belief, all Defendants, and each of them, have

8  engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing

9  copies of the Moon Pendant.

10      20.    Upon information and belief, all Defendants have sold unauthorized and

11  infringing copies of at least the Moon Pendant, which bear a design that is substantially

12  similar – if not strikingly similar – to the authentic Moon Pendant at retail, at wholesale,

13  and through retailers, including Etsy.com, OpenSky.com.  The infringement is so brazen

14  that it copies LA Gem's Designer's cursive handwriting.  All of the foregoing acts

15  occurred without LA Gem's consent.

16      21.    Upon information and belief, Defendants Jordan, Rock Your Cause Jewelry,

17  Greiner, pinkEpromise, Bhikadia, and/or Ashi Jewelry have sold the unauthorized

18  infringing copies of the Moon Pendant to the public, including customers in this district,

19  at retail, at wholesale, and through retailers, including Etsy.com, OpenSky.com.

20

21  **COMMON ALLEGATIONS RELATED TO**

22  **MOM PENDANT NOS. 1 AND 2**

23      22.    In 2013, LA Gem created its original design entitled LA Rocks I Love You

24  to the Moon and Back:  451711CL, et al., including its Design No. 451713 ("Mom

25  Pendant No. 1"), as pictured below:

26



27

28

23.     Thereafter, LA Gem sought to register the copyright in Mom Pendant No. 1 with the United States Copyright Office, and was granted such registration on November 25, 2013, under Registration No. VA 1-889-369.

24.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to Mom Pendant No. 1.  Mom Pendant No. 1 is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

25.     In 2014, LA Gem created its original design entitled LA Rocks I Love You to the Moon and Back Collection:  453547 ("Mom Pendant No. 2"), which is a derivative work of Mom Pendant No. 1, as pictured below:



26.     Since the creation of Mom Pendant Nos. 1 and 2 (collectively, "Mom Pendants"), LA Gem has been and still is the sole proprietor of all rights, title and interest in and to the copyrights therein.

27.     Since their creation, the Mom Pendants have been manufactured and/or distributed by LA Gem or under its authority.

28.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Mom Pendants or any jewelry products substantially similar thereto.

29.     Upon information and belief, Defendants Greiner, pinkEpromise, Bhikadia, and Ashi Jewelers have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of the Mom Pendants.

30.     Upon information and belief, Defendants Greiner, pinkEpromise, Bhikadia, and Ashi Jewelers have sold unauthorized and infringing copies of at least the Mom

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-6-
**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Pendants, which bear a design that is substantially similar – if not strikingly similar – to the authentic Mom Pendants at retail, at wholesale, and through retailers, including Etsy.com, OpenSky.com. The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting. All of the foregoing acts occurred without LA Gem's consent.

31.     Upon information and belief, Defendants, Greiner, pinkEpromise, Bhikadia, and Ashi Jewelers have sold the unauthorized infringing copies of Mom Pendants to the public, including customers in this district, at retail, at wholesale, and through retailers, including Etsy.com, OpenSky.com.

## COMMON ALLEGATIONS RELATED TO
## HEART PENDANT

32.     In 2011, LA Gem created its original design entitled LA Rocks Footnotes: 442638 ("Heart Pendant"), as pictured below:

 

33.     Thereafter, LA Gem sought to register the copyright in the Heart Pendant with the United States Copyright Office, and was granted such registration on January 27, 2015, under Registration No. VA 1-949-421.

34.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the Heart Pendant. The Heart Pendant is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

35.     Since the creation of the Heart Pendant, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

36.     Since its creation, the Heart Pendant has been manufactured and/or distributed by LA Gem or under its authority.

37.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Heart Pendant or any jewelry products substantially similar thereto.

38.     Upon information and belief, Defendants Bhikadia and Ashi Jewelers have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of the Heart Pendant.

39.     Upon information and belief, Defendants Bhikadia and Ashi Jewelers have sold unauthorized and infringing copies of at least the Heart Pendant, which bear a design that is substantially similar – if not strikingly similar – to the authentic Heart Pendant at retail, at wholesale, and through retailers, including Etsy.com and OpenSky.com.  The infringement is so brazen that it copies LA Gem's Designer's cursive handwriting.  All of the foregoing acts occurred without LA Gem's consent.

40.     Upon information and belief, Defendants Bhikadia and Ashi Jewelers have sold the unauthorized infringing copies of the Heart Pendant to the public, including customers in this district, at retail, at wholesale, and through retailers, including Etsy.com and OpenSky.com.

## COMMON ALLEGATIONS RELATED TO
## BE BRAVE PENDANT

41.     In 2011, LA Gem created its original design entitled LA Rocks Footnotes: 440812 ("Be Brave Pendant"), as pictured below:



**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

42.     Thereafter, LA Gem sought to register the copyright in the Be Brave Pendant with the United States Copyright Office, and was granted such registration on January 27, 2015, under Registration No. VA 1-949-393.

43.     At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to the Be Brave Pendant.  The Be Brave Pendant is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

44.     Since the creation of the Be Brave Pendant, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificates of Registration corresponding therewith.

45.     Since its creation, the Be Brave Pendant has been manufactured and/or distributed by LA Gem or under its authority.

46.     LA Gem has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Be Brave Pendant or any jewelry products substantially similar thereto.

47.     Upon information and belief, Defendants Greiner, pinkEpromise, Bhikadia and Ashi Jewelers have engaged in the marketing, manufacture, distribution, duplication, and/or sale of infringing copies of the Be Brave Pendant.

48.     Upon information and belief, Defendants Greiner, pinkEpromise, Bhikadia and Ashi Jewelers have sold unauthorized and infringing copies of at least the Be Brave Pendant, which bear a design that is substantially similar – if not strikingly similar – to the authentic Be Brave Pendant at retail, at wholesale, and through retailers including Etsy.com and Opensky.com.  The infringement is so brazen that it copies LA Gem's Designer's exact text and font.  All of the foregoing acts occurred without LA Gem's consent.

49.     Upon information and belief, Defendants Greiner, pinkEpromise, Bhikadia and Ashi Jewelers have sold the unauthorized infringing copies of the Be Brave Pendant to the public, including customers in this district, at retail, at wholesale and through

**COMPLAINT – Jury Demand**

1   retailers, including Etsy.com and Opensky.com.

2        50.    For the Court's convenience, the following table sets forth Plaintiff's designs

3   at issue (collectively "Subject Designs") and the currently known infringers' identities:

| L.A. Gem Copyrighted Design | Infringing Defendants' Products |
|---|---|
| Moon Pendant<br>Registration No.:  VA 1-912-320<br> | • Rock Your Cause Jewelry<br>• Jordan<br><br><br>• pinkEpromise<br>• Greiner<br><br><br>• Ashi Jewelry<br>• Bhikadia<br> |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

| | |
|---|---|
| <u>Mom No. 1</u><br>Registration No.:  VA 1-889-369<br><br><br><u>Mom No. 2</u><br><br> | • pinkEpromise<br>• Greiner<br><br><br>• Ashi Jewelers<br>• Bhikadia<br> |
| <u>Heart Pendant</u><br>Registration No.:  VA 1-949-421<br>  | • Ashi Jewelers<br>• Bhikadia<br> |
| <u>Be Brave Pendant</u><br>Registration No. VA 1-949-393<br> | • pinkEpromise<br>• Greiner<br><br><br>• Ashi Jewelers<br>• Bhikadia<br> |

**COMPLAINT – Jury Demand**

## First Cause Of Action

(Copyright Infringement)

51.     LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 50 of this Complaint as if fully set forth herein.

52.     Defendants' acts constitute infringement of LA Gem's copyright in the Moon Pendant, Mom Pendants, Heart Pendant, and Be Brave Pendant (collectively, "LA Gem's Pendants") in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*

53.     LA Gem is informed and believes that Defendants' manufacture, distribution, duplication and/or sale of infringing copies of LA Gem's Pendants was deliberate, willful, malicious, oppressive, and without regard to LA Gem's proprietary rights.

54.     Defendants' copyright infringement has caused, and will continue to cause LA Gem to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in LA Gem's Pendants and further, has damaged LA Gem's business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined.  In addition, LA Gem is entitled to receive the profits made by Defendants from their wrongful acts pursuant to 17 U.S.C. § 504.  Alternatively, LA Gem is entitled to recover statutory damages, on election by LA Gem in an amount of up to $150,000 per copyright registration.

55.     Defendants' copyright infringement and the threat of continuing infringement has caused, and will continue to cause, LA Gem repeated and irreparable injury.  It would be difficult to ascertain the amount of money damages that would afford LA Gem adequate relief at law for Defendants' acts and continuing acts.  LA Gem's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants.  Therefore, LA Gem is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the infringing copies of LA Gem's Pendants, and all molds by which such infringing copies were produced, be seized, impounded, and

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

destroyed.

56.    LA Gem is also entitled to recover its attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

**Second Cause of Action**

(Contributory and/or Vicarious Copyright Infringement)

57.    LA Gem hereby realleges and incorporates the allegations in paragraphs 1 through 56 of this Complaint as if fully set forth herein.

58.    LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution, and/or sale of products bearing LA Gem's Pendants as alleged in this Complaint.

59.    LA Gem is informed and believes, and thereon alleges, that Defendants, and each of them, are vicariously liable for the copyright infringement alleged in this Complaint because they had the right and the ability to supervise such infringement and because they had a direct financial interest in the infringing conduct.

60.    By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered substantial damages to its business in an amount to be established at trial.

61.    By virtue of Defendants' contributory and/or vicarious copyright infringement, LA Gem has suffered general and special damages in an amount to be established at trial.

62.    By virtue of Defendants' contributory and/or vicarious copyright infringement, Defendants, and each of them, have obtained direct and indirect profits that they would not have realized but for their infringement of LA Gem's Pendants.  As such, LA Gem is entitled to disgorgement of Defendants' profits that are directly and indirectly attributable to their acts of infringement in an amount to be established at trial.

63.    LA Gem is informed and believes, and thereon alleges, that Defendants, and

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

each of them, have continued to import, manufacture, cause to be manufactured, and/or sell the infringing product with knowledge that such acts violated LA Gem's intellectual property rights.  Therefore, Defendants' acts of copyright infringement as alleged above, were and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per each act of infringement. Further, Defendants, and each of them, willfully and intentionally misappropriated, palmed-off, and/or infringed LA Gem's Pendants, which renders Defendants, and each of them, liable for statutory damages as described above.  Within the time permitted by law, LA Gem will elect between actual or statutory damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff LA Gem prays for judgment against Defendants as follows:

A.      That the Court enter a judgment against Defendants that Defendants have infringed the rights of LA Gem in LA Gem's federally registered copyrights under 17 U.S.C. § 501.

B.      That the Court issue a Preliminary Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

      i.      manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any jewelry that is in the possession of Defendants that is substantially similar to LA Gem's Pendants;

      ii.      destroying any documents, electronic files, wax models, molds, business records, or any other tangible object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of any such jewelry; and,

**COMPLAINT – Jury Demand**

1           iii.     engaging in any other activity constituting an infringement of LA Gem's

2    copyrights of LA Gem's Pendants.

3         C.     That LA Gem be awarded damages for Defendants' copyright infringement

4    either: (i) actual damages in an amount to be determined at trial, together with

5    Defendants' profits derived from its unlawful infringement of LA Gem's copyrights; or

6    (ii) statutory damages in an amount provided by law, as set forth in 17 U.S.C. § 504, at

7    LA Gem's election before the entry of final judgment, together with prejudgment and

8    post-judgment interest.

9         D.     That the Court issue a Permanent Injunction enjoining and restraining

10   Defendants and their respective agents, servants, employees, successors and assigns, and

11   all other persons acting in concert with or in conspiracy with or affiliated with

12   Defendants, from copying, reproducing, manufacturing, duplicating, disseminating,

13   distributing, or using LA Gem's Pendants or any other jewelry that infringes LA Gem's

14   copyrights.

15        E.     That the Court award LA Gem its reasonable attorneys' fees pursuant to 17

16   U.S.C. § 505.

17        F.     That the Court award LA Gem its costs of suit incurred herein.

18        G.     That LA Gem be awarded such other relief as may be appropriate.

19

20   Dated:  March 11, 2016               Respectfully submitted,

21

22                       **MILORD & ASSOCIATES, P.C.**

23

24                       /s/ Milord A. Keshishian

25                       Milord A. Keshishian
                         Attorneys for Plaintiff

26                       L.A. GEM & JEWELRY DESIGN, INC.

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-15-

**COMPLAINT – Jury Demand**

1

## **DEMAND FOR JURY TRIAL**

2          Plaintiff, through its attorneys of record, hereby demands trial by Jury.

3

4     Dated:  March 11, 2016                    **MILORD & ASSOCIATES, P.C.**

5

6                                               /s/ Milord A. Keshishian

7                                               Milord A. Keshishian
                                                Attorneys for Plaintiff
8                                               L.A. GEM & JEWELRY DESIGN, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**